Riverton Square LLC, Petitioner-Landlord-Appellant,
against
Beryl McLeod Respondent-Tenant-Respondent.



Landlord appeals from an order of the Civil Court of the City of New York, New York County (Verna L. Saunders, J.), dated February 6, 2017, which denied its motion for entry of a default final judgment and issuance of a warrant of eviction in a nonpayment summary proceeding.




Per Curiam.
Order (Verna L. Saunders, J.), dated February 6, 2017, affirmed, without costs. 
Civil Court properly denied petitioner-landlord's motion for a default judgment and warrant of eviction on the ground that it failed to submit sufficient evidence that tenant was not serving in the military (see Servicemembers Civil Relief Act [50 USCA] § 3931; New York State Soldiers and Sailors Civil Relief Act, Military Law § 300 et seq.). While landlord submitted a document from the Department of Defense Manpower Data Center [DMDC] suggesting that tenant was not "on active duty," the record fails to contain any affidavit from someone with personal knowledge of the pertinent information provided to the DMDC (see Tracey Towers Assoc. v Cobblah, 26 Misc 3d 132[A], 2010 NY Slip Op 50061[U] [App Term, 1st Dept 2010]). Counsel's conclusory affirmation alleging that "petitioner" contacted the DMDC and provided the information was insufficient.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 10, 2017